No. 05–7004.  HOWARD *v.* BOUCHARD, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 05–7005.  GAMMALO *v.* BERLIN, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 05–7008.  CHIOINO *v.* CALIFORNIA.   Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 05–7014.  WRIGHT *v.* GEORGIA.   C. A. 11th Cir.  Certiorari denied.

No. 05–7018.  QURESHI *v.* CITY OF DEARBORN, MICHIGAN, ET AL.   C. A. 6th Cir.  Certiorari denied.

No. 05–7019.  RICHARDSON *v.* ROSLYN CHILDREN CENTER ET AL.   C. A. 4th Cir.  Certiorari denied.

No. 05–7024.  MCNEELY *v.* MOTLEY, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 05–7034.  ROSSEL *v.* TEXAS.   Ct. App. Tex., 1st Dist.   Certiorari denied.

No. 05–7041.  SHIELDS *v.* WALKER, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 05–7042.  JOUBERT *v.* BROWN & WILLIAMSON TOBACCO CO. Ct. App. Wash.  Certiorari denied.

No. 05–7043.  JENSEN *v.* YATES, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 05–7044.  COOPER *v.* CALIFORNIA.   Sup. Ct. Cal.  Certiorari denied.

No. 05–7050.  PERRYMAN *v.* MILLER, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 05–7052.  PAYNE *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.  Certiorari denied.